IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                                                      PLAINTIFF

v.                           Case No.  2:13-CR-20056

ELLIS STONE                                                                                       DEFENDANT

## O R D E R

Currently before the Court are the findings and recommendations (Doc. 19) filed in this case on August 15, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  Both parties have waived the right to object to the report and recommendation for the purpose of expediting acceptance of the guilty plea in this matter.  (Doc. 18).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY, with the following clarification:

- The case has been assigned to, and Defendant's plea is subject to the final approval of, the undersigned.

Accordingly, for the reasons stated in the Magistrate Judge's report and recommendation, Defendant's guilty plea is accepted, and the written plea agreement is tentatively approved, subject to final approval at sentencing.

A preliminary order of forfeiture will be entered by separate order.

IT IS SO ORDERED this 18th day of August, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE